**STATE v. BROOKS**

[332 N.C. 657 (1992)]

STATE OF NORTH CAROLINA v. HOWARD LEE BROOKS, A/K/A HAROLD LEE BROOKS, JR., AND JAMES ANTHONY DAVIS

No. 475PA91

(Filed 19 November 1992)

On discretionary review for defendant Davis and on writ of certiorari for defendant Brooks to review an unpublished opinion of the Court of Appeals, 104 N.C. App. 139, 408 S.E.2d 762 (1991), finding no error in the defendants' convictions and sentences by Rousseau, J., on 2 May 1990 in Superior Court, Forsyth County. Heard in the Supreme Court 8 October 1992.

*Lacy H. Thornburg, Attorney General, by Angelina M. Maletto, Assistant Attorney General, for the State.*

*Malcolm Ray Hunter, Jr., Appellate Defender, by Janine M. Crawley, Assistant Appellate Defender, for defendant appellant Howard Lee Brooks.*

*David F. Tamer for defendant appellant James Anthony Davis.*

PER CURIAM.

Discretionary review and writ of certiorari improvidently allowed.